418

12 A.3d 285

**COMMONWEALTH of Pennsylvania, Petitioner**

v.

**Frederick HANSLEY, Respondent.**

Supreme Court of Pennsylvania.

Jan. 5, 2011.

## *ORDER*

PER CURIAM.

**AND NOW,** this 5th day of January 2011, the Petition for Allowance of Appeal is **GRANTED.** The issue, rephrased for clarity, is:

Whether the Recidivism Risk Reduction Incentive Act, 61 Pa.C.S. §§ 4501–4512, is applicable to mandatory minimum penalties imposed pursuant to 18 Pa.C.S. § 7508 and 18 Pa.C.S. § 6317?